**Motion Granted; Abatement Order filed January 5, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00884-CR**

_____

**ROBERT RANDALL KRAUSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1734286**

## ABATEMENT ORDER

The trial court failed to submit findings of fact and conclusions of law on the denial of appellant's motion to suppress. On October 10, 2011, appellant timely requested findings of fact and conclusions of law. The Court of Criminal Appeals has determined that if findings of fact and conclusions of law are timely requested by the non-prevailing party, the trial court is required to file them. *State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). Appellant filed a motion to abate, which is granted.

Accordingly, the trial court is directed to reduce to writing its findings of fact and conclusions of law on appellant's motion to suppress and have a supplemental clerk's record containing those findings filed with the clerk of this Court on or before **February 7, 2012**.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party.

It is so ORDERED.


PER CURIAM

2